UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GIOVANNI MICCO & <br> MARGARITA MICCO, | Civil No. 3:11-cv-00350-CFD |
| Plaintiffs, | |
| v. | |
| GLOBAL CREDIT AND COLLECTION CORPORATION, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendant | |

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff and Defendant on their complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFFS,
GIOVANNI MICCO AND
MARGARITA MICCO,

By: _____
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Ste. 512
Rocky Hill, CT 06067
Tel: 860-571-0408
Fax: 888-522-1692
E-Mail: dblinn@consumerlawgroup.com

    Her Attorney

THE DEFENDANT,
GLOBAL CREDIT AND COLLECTION
CORP,

By: _____
Jonathan D. Elliot (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel:    203-333-9441
Fax:    203-333-1489
E-Mail: jelliot@znclaw.com

    Its Attorneys


So Ordered: _____          Dated: